AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00062 |
| Andrew Joshua Johnson | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 2/16/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andrew Joshua Johnson                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Andrew Joshua Johnson: 18 U.S.C. § 231 (civil disorder), 18 U.S.C. § 1752(a)(1) (entering or remaining in restricted buildings or grounds), 18 U.S.C. § 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), 40 U.S.C. § 5104(e)(2)(C) (entering and remaining in certain rooms in the Capitol building), 40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol building or grounds), and 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol building or grounds).

Date:    02/16/2024

*Issuing officer's signature*   Zia M. Faruqui

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/16/24 , and the person was arrested on *(date)* 2/22/24
at *(city and state)* VERO BEACH, FLORIDA.

Date: 02/22/24

*Arresting officer's signature*

DEARL WEBER   S/A
*Printed name and title*